**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 108.51.32.167**

**ISP:** Verizon Online, LLC
**Physical Location:** Rockville, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/24/2017 19:54:59 | 1CB77490ED3E681CFFFE0167544152C3064818AA | Four Way In 4K |
| 07/24/2017 18:05:27 | 626686DB9FB28739ED01C7EBB0C41669C6CCC01A | Luckiest Man Alive |
| 07/24/2017 15:24:16 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 06/03/2017 04:50:14 | 4507B3DA1B56D46C9D4C72278014C82219B55FFD | My Blue Heaven |
| 06/02/2017 23:52:31 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 11/22/2016 18:53:38 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 08/03/2015 16:20:03 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 06/21/2015 16:26:29 | 05EACDE8AF3689BC6EA4218D108942A03D0EF92E | Cum Inside the Fantasy Suite |
| 06/21/2015 16:25:14 | 15500239961B397F15EB325A5A6B061481766E9A | First Time |
| 06/20/2015 17:12:45 | D81EAADE1E3A17EFFD9651A36719308BB3369C6C | Hippie Chic |
| 05/19/2015 18:03:38 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |

**Total Statutory Claims Against Defendant: 11**